UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY ANN THORMAN,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

Case No. C25-5993-KKE

ORDER AMENDING THE
SCHEDULING ORDER

Plaintiff filed a motion to amend the scheduling order (seeking to extend deadlines by 30 days), indicating that opposing counsel was contacted with respect to this motion. Dkt. No. 11. The motion is styled as an "unopposed" motion, although the body of the motion indicates only that opposing counsel was contacted (not that counsel agreed not to oppose). *Id*. As this motion seeks to extend a time-sensitive deadline, the Court assumes that the caption is accurate and construes this as an unopposed motion. *Id*.

The motion (Dkt No. 11) is GRANTED and the scheduling order is hereby amended as follows:

- Plaintiff shall have up to and including March 9, 2026, to file Plaintiff's opening brief;

ORDER AMENDING THE SCHEDULING ORDER
- 1

- Defendant shall have up to and including April 8, 2026, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 22, 2026, to file a reply brief.

Dated this 5th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER
- 2